FILED
CLERK, U.S. DISTRICT COURT
2/15/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FERNANDO ENRIQUE ROMAN-GARCIA<br>    and<br>JOSE ANGEL MUNOZ-ROMERO,<br><br>        Defendants. | CR 2:22-cr-00045-ODW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl; 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi): Distribution of Fentanyl] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   <u>OBJECTS OF THE CONSPIRACY</u>

Beginning on a date unknown to the Grand Jury, and continuing through on or about February 2, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendants FERNANDO ENRIQUE ROMAN-GARCIA and JOSE ANGEL MUNOZ-ROMERO conspired with others known and unknown to the Grand Jury to knowingly and intentionally distribute, and possess with intent to distribute, at least 400 grams of a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi).

B. <u>MANNER AND MEANS OF THE CONSPIRACY</u>

The objects of the conspiracy were to be accomplished, in substance, as follows:

1. Defendant ROMAN-GARCIA would arrange to sell fentanyl to drug customers.

2. Defendant MUNOZ-ROMERO would deliver fentanyl to defendant ROMAN-GARCIA for sale to drug customers.

3. Defendant ROMAN-GARCIA would deliver fentanyl to drug customers in exchange for cash.

4. Defendant MUNOZ-ROMERO would pick up cash proceeds from the fentanyl sales.

C. <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish its objects, on or about the following dates, defendants ROMAN-GARCIA and MUNOZ-ROMERO, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

<u>Overt Act No. 1:</u> On or about January 31, 2022, on a phone call, using coded language, defendant ROMAN-GARCIA arranged to sell fentanyl to a person he believed to be a drug customer, but who was in fact, a confidential source working with the Drug Enforcement Agency (the "Confidential Source").

<u>Overt Act No. 2:</u> On or about February 1, 2022, during phone calls, using coded language, defendant ROMAN-GARCIA discussed using a

car with a hidden compartment to transport drugs, and arranged to meet the Confidential Source in person to further discuss a drug deal.

Overt Act No. 3:   On or about February 1, 2022, defendant ROMAN-GARCIA met with the Confidential Source in person in Bell Gardens, California, where they discussed pricing for fentanyl and cocaine, and defendant ROMAN-GARCIA agreed to sell the Confidential Source approximately three kilograms of fentanyl the following day.

Overt Act No. 4:   On or about February 2, 2022, defendant ROMAN-GARCIA called the Confidential Source and said the fentanyl would be dropped off with defendant ROMAN-GARCIA, who agreed to then deliver the fentanyl to the Confidential Source.

Overt Act No. 5:   On or about February 2, 2022, defendant ROMAN-GARCIA called the Confidential Source and told him he was heading to pick up the fentanyl and would bring the fentanyl to Downey, California to deliver to the Confidential Source in about an hour.

Overt Act No. 6:   On or about February 2, 2022, defendant MUNOZ-ROMERO sent defendant ROMAN-GARCIA a text message with a link to an address on Whittier Boulevard in Los Angeles, California, as the address from which defendant ROMAN-GARCIA could pick up fentanyl.

Overt Act No. 7:   On or about February 2, 2022, a co-conspirator ("Co-Conspirator 1") sent defendant MUNOZ-ROMERO a WhatsApp message asking him to let Co-Conspirator 1 know when defendant MUNOZ-ROMERO was able to meet with his person, to which defendant MUNOZ-ROMERO responded that he had already told him 4:30.

Overt Act No. 8:   On or about February 2, 2022, the Confidential Source sent defendant ROMAN-GARCIA a text message with

an address to a Target store on Firestone Boulevard in South Gate, California, as the location for the drug deal.

<u>Overt Act No. 9</u>:  On or about February 2, 2022, defendant ROMAN-GARCIA arrived at the Target store parking lot and directed the Confidential Source to move his/her car because defendant ROMAN-GARCIA did not like where the Confidential Source's car was parked.

<u>Overt Act No. 10</u>:  On or about February 2, 2022, after the Confidential Source moved his/her car, defendant ROMAN-GARCIA delivered approximately three kilograms of a mixture or substance containing a detectable amount of fentanyl to the Confidential Source.

<u>Overt Act No. 11</u>:  On or about February 2, 2022, Co-Conspirator 1 sent defendant MUNOZ-ROMERO a WhatsApp message that said "11800 each," which defendant MUNOZ-ROMERO acknowledged.

<u>Overt Act No. 12</u>:  On or about February 2, 2022, on a phone call, using coded language, defendant MUNOZ-ROMERO agreed to pick up the money from the fentanyl deal from defendant ROMAN-GARCIA.

<u>Overt Act No. 13</u>:  On or about February 2, 2022, defendant MUNOZ-ROMERO drove to a Home Depot parking lot in Downey, California to meet with defendant ROMAN-GARCIA to pick up the money from the fentanyl sale.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. § 2(a)]

[DEFENDANTS ROMAN-GARCIA AND MUNOZ-ROMERO]

On or about February 2, 2022, in Los Angeles County, within the Central District of California, defendants FERNANDO ENRIQUE ROMAN-GARCIA and JOSE ANGEL MUNOZ-ROMERO, each aiding and abetting the other, knowingly and intentionally distributed at least 400 grams, that is, approximately three kilograms, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

JULIA HU
Assistant United States Attorney
General Crimes Section